```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  JAMES C. MANN (CABN 221603)
    Assistant United States Attorney
 5        1301 Clay Street, Suite 340S
          Oakland, California 94612
 6        Telephone: (510) 637-3680
          FAX: (510) 637-3724
 7        James.C.Mann@usdoj.gov

 8  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR-13-00601 JST |
|---|---|
| | ) |
| | ) STIPULATION AND [PROPOSED] PROTECTIVE |
| | ) ORDER |
| v. | ) |
| | ) OAKLAND VENUE |
| HERI GARCIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

With the agreement of the parties, and with the consent of defendant, the Court enters the following Order:

Defendant is charged with unlawful possession of a firearm. Pursuant to defendant's request, the United States will produce certain materials (hereinafter "MATERIALS") to defense counsel, in lieu of making them available for review only, with the following restrictions:

1. The United States will designate the MATERIALS as confidential with the following notation: "WARNING: CONTENTS SUBJECT TO PROTECTIVE ORDER. UNAUTHORIZED COPYING OR VIEWING IS SUBJECT TO PUNISHMENT AS CONTEMPT OF COURT."

2. Except when being actively examined for the purpose of the preparation of the defense of

1  defendant, the MATERIALS shall be maintained in a safe and secure place in defense counsel's office,
2  which is accessible only to defense counsel, members of his or her law firm who are working with him
3  or her to prepare defendant's defense, and his or her investigator(s).  Defense counsel, members of his or
4  her law firm, defendant, and the investigator(s) shall not permit any person access of any kind to the
5  MATERIALS except as set forth below.
6        3.      The following individuals may examine the MATERIALS for the sole purpose of
7  preparing the defense of defendant and for no other purpose:
8             a)      Counsel for defendant;
9             b)      Members of defense counsel's law office that are assisting with the preparation of
10                 defendant's defense;
11            c)      Defendant, but only in the presence of defense counsel or another authorized
12                 person listed in this paragraph, (defendant may not take or maintain the
13                 MATERIALS or copies thereof);
14            d)      Investigators and experts retained by defendant to assist in the defense of this
15                 matter.
16 If defense counsel determines that additional persons are needed to review the MATERIALS, he or she
17 must obtain a further order of the Court before allowing any other individual to review the materials.
18       4.      A copy of this Order shall be maintained with the MATERIALS at all times.
19       5.      All individuals, other than defense counsel (and employees of his/her office) and
20 defendant, who receive access to the MATERIALS, prior to receiving access to the materials, shall sign
21 a copy of this Order acknowledging that:
22            a)      they have reviewed the Order;
23            b)      they understand its contents;
24            c)      they agree that they will only access the MATERIALS and information for the
25                 purposes of preparing a defense for defendant;
26            d)      they understand that failure to abide by this Order may result in sanctions by this
27                 Court.
28 Counsel for defendant shall either (1) send signed copies of the Order to counsel for the United States or

1  (2) file signed copies of the Order, *ex parte* and under seal.  The United States shall have no access to
2  the signed copies filed under seal without further order of the Court.

3      6.    No other person may be allowed to examine the MATERIALS without further order of
4  the Court.  Examination of the MATERIALS shall be done in a secure environment which will not
5  expose the materials to other individuals not listed above.

6      7.    The MATERIALS may be duplicated to the extent necessary to prepare the defense of
7  this matter.  Any duplicates will be treated as originals in accordance with this Order.

8      8.    If the MATERIALS are attached to any pleadings, the MATERIALS shall be filed or
9  lodged under seal.

10     9.    The United States shall request that the defense team return the MATERIALS (and any
11 duplicate copies of the same) to the United States fourteen calendar days after any one of the following
12 events, whichever occurs latest in time: dismissal of all charges against defendant; defendant's acquittal
13 by court or jury; or the conclusion of any direct appeal.  The defense team shall comply with the United
14 States' request.

15     10.    After the conclusion of proceedings in the district court or any direct appeal in the above-
16 captioned case, the United States will maintain a copy of the MATERIALS.  The United States will
17 maintain the MATERIALS until the time period for filing a motion pursuant to 28 U.S.C. § 2255 has
18 expired.  After the statutory time period for filing such a motion has expired, the United States may
19 destroy the MATERIALS.  In the event defendant is represented by counsel and files motions pursuant
20 to 28 U.S.C. § 2255, the United States will provide that counsel with a copy of the MATERIALS under
21 the same restrictions as trial and direct appeal defense counsel.  Defendant's attorney in any action under
22 28 U.S.C. § 2255 shall return the same materials fourteen calendar days after the district court's

23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER
CR-13-00601 JST

1 ruling on the motion or fourteen calendar days after the conclusion of any direct appeal of the district
2 court's denial of the motion, whichever is later.

STIPULATED:

Dated:  May ____, 2014                            MELINDA HAAG
                                                  United States Attorney


                                                  _____/s/_____
                                                  JAMES C. MANN
                                                  Attorney for the United States



                                                  _____/s/_____
                                                  JEROME E. MATTHEWS
                                                  Counsel for Defendant


        IT IS SO ORDERED that disclosure of the above-described materials shall be restricted as set forth above.

DATED: May 6, 2014
                                                  _____
                                                  HON. JON S. TIGAR
                                                  United States District Court Judge

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
CR-13-00601 JST